UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00379

**Lawrence E. Dixon,**
*Plaintiff,*
v.
**Larry Berger et al.,**
*Defendants.*

## ORDER

Plaintiff filed this action without paying the filing fee. The court designated a magistrate judge to handle the case to the full extent authorized by 28 U.S.C. § 636(b). The magistrate judge issued a report recommending that the court (1) bar the plaintiff from proceeding without payment and (2) dismiss the case subject to reopening if plaintiff pays the filing fee within fifteen days of judgment. Doc. 11. Plaintiff did not object or pay the filing fee.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Any pending motions are denied as moot.

*So ordered by the court on September 16, 2026.*

J. CAMPBELL BARKER
United States District Judge